**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IVAN XAVIER BELL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF STILLWATER, OKLAHOMA, et al.,<br><br>Defendants. | ) | Case No. CIV-26-00293-JD |

## ORDER

Before the Court is the Report and Recommendation ("R. & R.") of United States Magistrate Judge Suzanne Mitchell regarding Plaintiff's Motion for Leave of Court to File Amended Complaint ("Motion"). [Doc. Nos. 23, 27]. For the reasons outlined below, the Court accepts the R. & R. and denies the Motion.

The Court referred this matter to Judge Mitchell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B)–(C). [Doc. No. 3]. Prior to the Motion, the Court dismissed Plaintiff's claims against Defendant Sheriff Joe Harper without prejudice. [Doc. No. 26 at 3]. The Motion seeks to amend Plaintiff's claims against Harper to "flesh[] out allegations related to: 1) the deliberate indifference to his serious medical needs; and 2) the policies/practices/customs that were the moving force behind his constitutional deprivation." [Doc. No. 23 at 2].

Upon consideration of the parties' submissions, the R. & R. recommends denying the Motion because "Plaintiff has again failed to plead sufficient facts to support a claim

against Defendant Harper for deficient policies or customs," and thus his proposed amendment is futile. [Doc. No. 27 at 4].

The R. & R. advised Plaintiff of his right to object to the R. & R. by filing an objection with the Clerk of Court by October 16, 2026, and explained that failure to timely object to the R. & R. waives appellate review of the recommended ruling. [*Id.* at 4–5 (citing *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991))]. Plaintiff did not file an objection to the R. & R. or request an extension of time to do so.

"[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). By not objecting to a magistrate judge's report and recommendation, a party waives the right to challenge the legal and factual basis for the magistrate judge's decision. *See Ayala v. United States*, 980 F.2d 1342, 1352 (10th Cir. 1992) (holding that the plaintiffs "waived their right to appeal the magistrate's ruling" because they did not file any objections); *Moore*, 950 F.2d at 659 ("Our waiver rule provides that the failure to make timely objection to the magistrate's findings or recommendations waives appellate review of both factual and legal questions.").

With no objection being filed, and upon review of the record, the Court accepts the R. & R. and denies the Motion. Alternatively, although the Court is not required to review the record and law de novo because Plaintiff has not timely objected, the Court has done so and determines it should adopt the R. & R. in full.

The Court therefore ACCEPTS the Report and Recommendation [Doc. No. 27] and DENIES Plaintiff's Motion for Leave of Court to File Amended Complaint [Doc. No. 23]. This matter remains referred to Judge Mitchell.

IT IS SO ORDERED this 19th day of October 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE